IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL BURWASSER | ) |
| Plaintiff | ) Civil Case No. 1:08-CV-01899-JFM |
| v. | ) |
| MANNBRACKEN, LLC | ) |
| Defendant | ) |

### STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will pay its own costs, attorney fees and expenses in connection with this matter.

THE LAW OFFICES OF RONALD S. CANTER, LLC

  /s/ Bernard T. Kennedy                        /s/ Ronald S. Canter
Bernard T. Kennedy, Esquire            Ronald S. Canter, Esquire
P.O. Box 657                                        Bar No. 01024
Edgewater, MD  21037                       11300 Rockville Pike, Suite 1200
Attorney for Plaintiff                             Rockville, MD 20852
Fed. Bar # MD26843                          Telephone:  301-770-7490
Tel. (443) 607-8901                              Facsimile:  301-770-7493
                                                              E-Mail:  rcanter@roncanterllc.com
                                                              Attorney for Defendant

1